

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

)
)
Plaintiff Steve T. )
Giles )
)
v. )
)
)
Defendant State of )
Illinois

C

1:15-cv-07640
Judge Milton I. Shadur
Magistrate Judge  Jeffrey Cole

Complaint

See attached
Documents

RECEIVED

AUG 3 1 2015

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

DEAR YOUR HONOR MY NAME IS STEVE GILES BACK BEFORE I WAS LEGALLY ADOPTED MY NAME WAS STEVE HARALSON.WHY IM IN COURT IS BECAUSE AS A WARD OF THE STATE, A CHILD I WAS PLACED IN A HOME THAT I WAS NEGLECTED, ABUSED, AND MOLESTATED.AS I GROWN OLDER AND LEARNED ABOUT CIVIL RIGHTS ,I  FOUND OUT THAT THE STATE TRY TO COVER UP THE TRUTH ABOUT IT.IT A LONG STORY SO YOU WILL HAVE TO BEAR WITH ME .IT ALL STARTED AS A CHILD THE ABUSE STARTED LONG BEFORE THEY EVEN FOUND OUT.JAN 1999 I WAS DIAGNOSED WITH BIPOLAR DEPRESSION BUT IWAS DEPRESSED WAY BEFORE THAT. THE BEATENS AND MOLESTATION CAUSE ME TO TRY TO GET ATTENETION TO PEOPLE TO KNOW I WASN'T BEING TREATED LIKE A CHILD INSTEAD LIKE A SLAVE AND ANIMAL.I ONLY GOT TO GO TO SCHOOL AND AFTER THAT CLEAN THE HOUSE NO WORLD DIDN'T NO ANYTHING WHEN I TRIED TO RUN AWAY.MOLESTATION STARTED WHEN IWAS ONLY 8 YEARS OLD.IT HAPPENED BY MY STEP MOTHER WHICH IS EDWINA GILES NEPHEW WHICH NAME IS ZANN GORDON.I NOTIFIED MY STEP ABOUT IT TO.THE BEATENS STARTED EVERY SINCE I WAS REAL YOUNG CAUSE I WAS HYPHER.BACK IN 1999WHEN I WAS STILL A WARD OF. MY NAME WAS STEVE HARALSON.IT WAS 12-12-1999 IM ON MEDS AT THE TIME.I WAS MISBEHAVIN IN CHURCH MY STEP MOTHER SAW THIS.SO WHEN I GOT HOME SHE DECIDED SHE WOULD DISPLINE ME BUT THIS WAS NO ORDINARY DISPLINE SHE BEAT THE CRAP OUT ME ONCE AGAIN.NEXT WENT TO SCHOOL LONG SLEEVES BECAUSE OF THE BRUISES AND MARKS BUT TRULLY TO HIDE WHO EDWINA GILES REALLY WAS AND THAT'S PHYSCO.SO WHEN I WENT TO SCHOOL I TOLD MY FRIENDS SHE BEAT ME AND SHOWED THEM MY MARKS,. WELL WHY I WAS SHOWING MY FRIENDS MY TEACHER FOUND OUT MR. STERLING BY THE WAY THE SCHOOL NAME WAS GEORGE HOWLAND 1616 S. SPUALDING.MY TEACHER NOTIFIED THE PRINCPLE THEY NOTIFIED THE CPD AND CFD.AND IWAS TRANSPORTED TO SAINT ANTHONY HOSPITAL 2875 W. 19TH STREET.DCFS WAS ALSO NOTIFIED THE THING THAT KILLS ME IS THE STATE COULD HAVE GIVING ME BACK TO MY MOTHER YVETTE HARALSON,BUT INSTEAD THEY LET IT CONTINUE TILL I DECIDED THE TRUTH SOULD NOT BE HIDDEN ANY LONGER.TOOK SO LONG BECAUSE LIKE I SAID DIDN'T KNOW ANYTHING ABOUT THE WORLD OR COUNTRY NOT EVEN DOWN THE STREET.I HAVE EVIDENCE THEY DON'T WANT TO BE SHARED WITH YOU CAUSE ITS IMPORTANT SO I ASK TRY TO HELP ME TELOL MY STORY. ITS NOT ABOUT THE MONEY BECAUSE MY LIFE IS DESTROYED BECAUSE OF THE STATE OF ILLINOIS.I WOULD LIKE A COPMPENSATION OF 10 BILLION DOLLARS PAIN SUFFERING CAUSE OF DISABILITY COVERING THE TRUTH CHILD NEGLECT MENTAL AS WELL AS PHYSICAL ABUSE MOLESTATION NOT BEING THERE FOR A CHILD WHEN I HAD A LOVING MOTHER WHO I BACK WITH TODAY WHO NEVER LAYED A FINGER ON ME.

8/31/2015

Steve Giles (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)                                             Page 5 of 5

## DECISION

Based on the application for disabled child's insurance benefits filed on December 19, 2007, the
claimant has been disabled under section 223(d) of the Social Security Act since January 1,
1999.

Based on the application for supplemental security income filed on December 17, 2007, the
claimant has been disabled under section 1614(a)(3)(A) of the Social Security Act since January
1, 1999.

The component of the Social Security Administration responsible for authorizing supplemental
security income will advise the claimant regarding the nondisability requirements for these
payments and, if the claimant is eligible, the amount and the months for which payment will be
made.

Medical improvement is expected with appropriate treatment. Consequently, a continuing
disability review is recommended in 24 months.

A determination to appoint a representative payee to manage payments in the claimant's interest
is recommended.


/s/ *Arthur S Cahn*
Arthur S. Cahn
Administrative Law Judge

May 21, 2010
Date

**CATHOLIC HEALTH PARTNERS/SAINT ANTHONY HOSPITAL**
**2875 W. 19TH STREET    CHICAGO, IL   60623**
**PHONE 773-521-1710**

Pt#:   702010101                                                    Mr#: 2559371

Pt Name        HARALSON ,STEVE            Out/In:         E
Adm/Reg Date   12/13/99                   Adm/Reg Time    15:34
Nurs Sta:                                 Hosp Svc:       EMR
Room/Bed:                                 Pt Type:        E = EMERGENCY
Pt Age:        10                         Pt Sex:         M
Reg By:        VESPIN                     OBV Placed:

**Patient Demographic:**
  SSN:                                    Birthdate:      07/30/1989
  Address:     4934 W CRYSTAL             City:           CHICAGO
  State:       IL                         Zip Code:       60651
  Marital:     S  = SINGLE                Phone No:       773-626-0398
  Religion:    BAPTIST                    Church:         NO CHURCH GIVEN

**Patient Employer:**
  Empr Name:   STUDENT                    City:
  Address:                                Zip Code:
  State:                                  Phone No:                      Ext
  Occupation:

**Guarantor Info:**
  Guar Name:   GILES  ,EDWINA J           Patient Rel: M = MOTHER
  Address:     4934 W CRYSTAL             City:           CHICAGO
  State:       IL                         Zip Code:       60651
                                          Phone No:       773-626-0398

**Guarantor Employer:**
  Contact:                                Empr Name:      UIC HOSPITAL
  Address:     940 N WOODS                City:           CHICAGO
  State:       IL                         Zip Code:       60622
                                          Phone No:                      Ext

**Primary Contact:**
  Contact:     GILES  ,LETICIA            Patient Rel: E = AUNT
  Address:     4934 W CRYSTAL             City:           CHICAGO
  State:       IL                         Zip Code:       60651
  Home Phone:  773-626-0398               Work Phone:                    Ext

**Insurance Info:**                          Plan 1
  Financial Class:   E = SELF PAY
  Ins Code:    S01        Policy:  1111       Group:
                                              Desc:       SELF PAY
  Subscriber:  GILES ,EDWINA J                Add:
  Mail Claim:  SELF PAY      State:        Zip        Phone
  City:
                                          Plan 2
  Ins Code:               Policy:             Group:
                                              Desc:
  Subscriber:                                 Add:
  Mail Claim:               State:     Zip:       Phone:
  City:

**Case Data Info:**
  Adm Dr Name: TALADRIZ, ARTURO          Adm Dr No:      103756
  Atn Dr Name: TALADRIZ, ARTURO          Atn Dr No:      103756
  Ref Dr Name:                           Ref Dr No:
  Con Dr Name:                           Con Dr No:
  Con Dr Name:                           Con Dr No:
  Emr Dr Name: 103756TALADRIZ, ARTU      Emr Dr No:
  Adm Source:  EO = EMERGENCY OP UNIT    Acc Ind:        Date:
  Job Rel Ind:                           Org Donor?:         Donor Card?:
  Adm Diag:    EXAMINATION FOR PHYSICAL  Adv Dir?:
               ABUSE NO ID WITH          Last Adm Dt:

**THIS FORM MUST REMAIN AS PART OF THE MEDICAL RECORD - PART B**

**CATHOLIC HEALTH PARTNERS**

Saint Anthony Hospital Emergency Department
2875 West 19th Street
Chicago, Illinois 60623

## PHYSICIAN DOCUMENTATION

TIME SEEN: 1615    CHIEF COMPLAINT: _alleged in physical abuse_

HISTORY OF PRESENT ILLNESS: _10 y/o ADD → adopted pt was misbehaving at church period in handwriting attended pt today teacher noticed bruising on pt body so wanted pt to be examined._

Review of Systems ☑  All others negative:

| GEN | EYES | ENNT | RESP | CV | GI | GU | NEURO | MUSCLE | SKIN |
|-----|------|------|------|------|------|------|--------|---------|------|
| ☐ Wt. Loss | ☐ Glasses | ☐ Sore throat | ☐ Dyspnea | ☐ Chest Pain | ☐ Abd. Pain | ☐ Dysuria | ☐ Headache | ☐ Joint Swell | ☐ Rash |
| ☐ Wt. Gain | ☐ Contacts | ☐ Nasal | ☐ Cough | ☐ DOE | ☐ Nausea | ☐ Hematuria | ☐ Confusion | ☐ Joint Red | ☐ Itching |
| ☐ Weakness | ☐ Pain | ☐ Disch. | ☐ Wheeze | ☐ Orthopnea | ☐ Vomiting | ☐ Frequncy | ☐ Paresthesia | ☐ Joint Pain | ☐ Abscess |
| ☐ Fatigue | ☐ Discharge | ☐ Hoarse | ☐ Pleurisy | ☐ Diaphoresis | ☐ Diarrhea | ☐ Flank Pain | ☐ Weakness | ☐ Gout Hx. | ☐ Decub |
| ☐ NOC | ☐ Redness | ☐ Dysphagia | ☐ Sputum | ☐ Syncope | ☐ Constipation | ☐ Stone Hx. | ☐ Fainting | ☐ DJD | ☐ Breast Mass |
| ☐ Sweats | ☐ Photophobia | ☐ Ear Pain | ☐ Hemoptysis | ☐ Pacemaker | ☐ GERD | ☐ PID Hx. | ☐ Seizures | ☐ Rhm Arth | ☐ Breast Discharge |
| | ☐ F/B Sensation | ☐ Tinnitus | ☐ TB | ☐ Coronary Disease | ☐ Hematemesis | | | ☐ Septic Joint | ☐ Breast Pain |
| | ☐ Swelling | ☐ Vertigo | | ☐ Valve | ☐ Bleeding | | | | |
| | ☐ Itching | ☐ Epistaxis | | | | | | | |

| FAMILY HX | SOCIAL HX | PAST MEDICAL HX |
|-----------|-----------|------------------|
| deny | deny | Hyperactivity — Ritalin |

| PHYSICAL EXAM | | ABNORMALS EXPANDED |
|---------------|--|--------------------|
| CONSTITUTIONAL | Vital signs as noted. Alert and oriented x3 | |
| GENERAL | No meningeal, resp distress or dehydration signs | |
| SKIN | Warm and dry | |
| HEAD | No tenderness or signs of trauma | |
| EYES | PERLA, EOM | |
| EARS | Tympanic membrane without erythema or loss of landmarks | |
| THROAT | No erythema | |
| NECK | No jugular vein distension, Palpable masses or midline tenderness | |
| CHEST | Clear to auscultation | |
| CARDIOVASCULAR | RRR without murmurs, rubs or gallops | |
| ABD | BS active, no distension, non-tender, no palpable masses | |
| EXTREMITIES | No cyanosis, edema, Full ROM | |
| NEURO | Cranial Nerv II - XII intact, motor and sensory intact, gait normal | |
| LUMBAR | Full ROM, no spasms, straight leg raising test negative, lower extremity neuro WNL | |
| NEUROVASCULAR | Intact distal to injury, two point discrimination intact | |
| RECTAL | Normal sphincter, no masses, heme negative | |
| GYNE | External vault, cervix normal, no discharge, bleeding, adnexal tenderness of masses | |

DIAGNOSIS: _Multiple ecchymosis in back extremities exp. alleged battery victim_

COURSE IN THE ED: _____

Physician Signature / Print    Date    Time

FORM 784-447375 (6/89)

WHITE - MEDICAL RECORDS    YELLOW - PHYSICIAN'S COPY    PINK - EMSCO    GOLD - BUSINESS OFFICE



**CATHOLIC HEALTH PARTNERS**

```
SAH   102010101  2559371
HARALSON , STEVE
TALADRIZ , ARTURO
TALADRIZ , ARTURO
EMR  M   10  103756
      07/30/1989   121399
```

## EMERGENCY ROOM DISCHARGE INSTRUCTIONS RECORD
ATTENTION: Please follow only the instructions marked with an X or a ✓

### ☐ WOUND CARE
- Keep the wound clean and dry
- Elevate the wound to help relieve soreness and speed healing.
- If the wound or surrounding area becomes red, swollen, or shows pus (discharge) or red streaks, or feels more painful, report to your physician or return to the Emergency Department immediately.
- If you have received stitches, they should be removed in _____ days.

### ☐ SPRAINS, FRACTURE, SEVERE BRUISES
- Elevate the injured part
- If an arm, hand or finger is injured, remove all rings from that hand.
- If the leg or foot is injured, use a cane or crutches as directed.
- Apply ice packs intermittently to injury for the first 48 hours. (Place ice in plastic or rubber bag and cover with towel.)
- Elastic bandages may be rewrapped if too tight or too loose.
- If the injured part becomes numb, cold, blue or painful, have it examined by your physician or return to the Emergency Department immediately.

### ☐ SPLINT CARE
- Keep the splint elevated for 24 - 48 hours.
- No weight bearing. Use crutches as indicated.
- Keep the splint dry at all times.
- Do not insert anything inside the splint, or attempt to trim or fix the splint yourself.
- Contact your physician or return to the Emergency Department immediately if any of the following occur: excessive pain, swelling, numbness, or cold or blue fingers or toes.
- Follow-up with Orthopedic MD as indicated.

Prescription: _____

_____

_____

☐ Medication may cause drowsiness

Other instructions: _____

### ☐ BACK AND NECK SPRAINS
- Rest as much as possible until improved.
- Lie on a firm mattress or a padded floor.
- When lying on your back or side, keep knees bent. Do not lie on your stomach.
- Apply mild heat to the area intermittently.
- Take medications for pain and muscle spasm if prescribed.
- Avoid lifting, bending or stooping while pain persists.
- Contact your doctor or return to the Emergency Department immediately if you note any of the following: pain shooting down your leg or arm, muscle weakness or numbness of the arms or legs, or loss of bowel or bladder function.

### ☐ HEAD INJURY OR HEADACHE
Observe the patient carefully for the next 48 hours. Return to the Emergency Department immediately if any of the following occur:
- Persistent vomiting, stiff neck, or fever
- Confusion, disorientation or dizziness
- Unusual drowsiness or inability to arouse the person
- Unequal sized pupils (black circles in center of eyes)
- Difficulty or inability to use legs or arms, areas of numbness, unsteady walking
- Difficulty with or garbled speech
- Severe headache, convulsions or seizures

### ☐ GASTROENTERITIS (Stomach Flu)
- Rest in bed as much as possible
- Drink plenty of fluids. For the first 24 hours take only clear liquids such as juice, jello, clear soup, Gatorade, tea, or Pedialyte. For the second 24 hours avoid dairy products and fatty foods. Eat only soft foods such as cooked cereal, soups, toast and crackers.
- Seek medical attention if diarrhea or vomiting persists, bloody stools appear, or temperature rises above 102° F.

☐ May return to work with no limitations
☐ May return to work with the following limitations: Describe _____

☐ Return to work in _____ days
☐ Return to work to be obtained from referral physician.

### ☐ YOUR X-RAYS
You have been given a preliminary interpretation of your x-rays. A final evaluation and report will be made by the radiologist. If the interpretation of the radiologist differs from that which you received in the Emergency Department and you require additional care, either you or your physician will be notified by telephone or mailgram.

### ☐ URINARY INFECTIONS
- Take the antibiotics prescribed until finished. In addition, you may take tylenol as directed for fever.
- Drink plenty of fluids, especially juices.
- Call your doctor immediately or return to the Emergency Department if any of the following occur: fever, backache, vomiting, your symptoms get worse or you are not feeling better in two to three days.

### ☐ FEVER CONTROL FOR CHILDREN
- Remove as much of the child's clothing as possible.
- Encourage child to drink clear liquids.
- Take the child's temperature at least every four hours. (Normal temperature: oral - 98.6° F, rectal 99.6° F)
- For fever above 102° rectally or 101° orally, give your child tylenol as instructed.

Other instruction sheets given:
☐ Vomiting/Diarrhea
☐ Febrile Convulsions
☐ Coughs/Colds
☐ Child Fever
☐ FX'S & Sprains
☐ Abdominal Pain
☐ Asthma
☐ Chest Pain
☐ Headache
☐ Eye Injuries
☐ Head Injury
☐ Spanish Instructions Given
☐ Other: _____

### ☐ FOLLOW-UP INSTRUCTIONS
Follow-up with Emergency Department or HMO/PPO for _____
☐ Wound check in _____ days
☐ Suture removal in _____ days
☑ Call your referral physician within _____ days
Name: _____
Phone #: _____

---

I HEREBY ACKNOWLEDGE RECEIPT AND UNDERSTANDING OF INSTRUCTIONS INDICATED ABOVE. I UNDERSTAND THAT I MAY HAVE HAD INITIAL TREATMENT ONLY AND WILL ARRANGE FOR FOLLOW-UP CARE AS INSTRUCTED ABOVE. X _____

Signature of Person Giving Instructions _____

RD#D - 7page 7

**CATHOLIC HEALTH PARTNERS**

**St. Anthony Hospital**
**E. D. Medical Record**

Acuity: 1 (2) 3    E.R. Location: 6 1

DATE: 12/1/13   TRIAGE TIME: 1520   TIME TO ED: 1615

Police Beat: 1006 S   STAR: 15704   Ambulance

Family Notified: ☐ Yes ☐ No   Police Notified: ☑ Yes ☐ No

Patient Name (First, Last, MI.): STEVE Haralson   Age: 10   Sex: ☑ M ☐ F

Mode of Arrival

H.M.O. ☐ Denied ☐ Approved   By: ____

☐ Walked ☐ W/C ☑ Ambulance

Patient's Physician: unk   T 99.5   P 88   R 23   BP ____   LMP ____

Hearing Impaired ☐ Yes   G ____
Visually Impaired ☐ Yes   WT. 61 lbs
If English is not the primary language, language spoken: ____   LOC. ☐ Yes ☐ No   P ____

If the Patient is injured, does the Patient state that He/She is a victim of domestic violence?

Interpreter called ☐ Yes ☑ No   ☐ Yes ☐ No   A ____
Other ____ Initials ____   ☐ Tetanus ☐ Pediatric Immunization

Triage Nurse Signature: J. Sauer RN.

**Chief Complaint:** examination for physical abuse (+) multiple bruises @ RD back + hip triceps, (+) good ROM, (-) neurodeficits

**PMHX:** Hyperactive

**Medications:** Ritalin
**Allergies:** ∅

☐ X-Ray   ☐ EKG   ☐ ER ☐ Radiologist

| Time | | | Time | Initials |
|---|---|---|---|---|
| | DCBS notified | | | |
| | JC Home (bruise instruction) | | | |
| | RN to trust any problem | | | |
| | Flu + Dr Crowley | | | |

Orders:
| Time | Orders | | |
|---|---|---|---|
| | ☐ CBC | | |
| | ☐ Sma-7B | | |
| | ☐ SMA 20 | | |
| | ☐ PT/PTT | / |
| | ☐ UA | | |
| | ☐ DIPSTICK | | |
| | ☐ UCG | | |
| | ☐ CULTURE/SENSITIVITY | | |
| | ☐ URINE | | |
| | ☐ BLOOD | | |
| | ☐ OTHER | | |
| | ☐ AMYLASE | | |
| | ☐ ETOH | | |
| | ☐ UDS | | |
| | ☐ CPK ☐ MB | | |
| | ☐ ABG | | |
| | ☐ O2 SAT | 90 | |
| | ☐ EKG | | |
| | ☐ | | |
| | ☐ | | |
| | ☐ | | |

**RADIOLOGY ORDERS**
| | | R | L |
|---|---|---|---|
| ☐ CHEST-PORT | | | |
| ☐ CHEST-PA/LAT | | | |
| ☐ C-SPINE LAT | | | |
| ☐ C-SPINE SERIES | | | |
| ☐ ANKLE | | R | L |
| ☐ FOOT | | R | L |
| ☐ WRIST | | R | L |
| ☐ HAND | | R | L |
| ☐ FINGER | | | |
| ☐ PELVIS | | | |
| ☐ HIP | | R | L |
| ☐ CT | | | |
| ☐ | | | |
| ☐ PAST MEDICAL RECORDS | | | |

**Diagnosis:** Multiple ecchymosis on back, arm alleged battery vict

E.D. Physician-Print/Signature: Crowley

Notified Patient's Physician / Physician Notified: ☐ Yes ☐ No ☐ No Answer

**Disposition:** ☐ Admit / ☐ ICU/CCU ☐ Telemetry ☐ Med/Surg. ☐ OB/GYN ☐ Peds.
☐ Psych ☐ LWOT ☐ AMA ☑ Home 1640
☐ Observation Room # ____ ☐ Transfer

Referred To: Dr Crowley   Date to be seen: ____

**CATHOLIC HEALTH PARTNERS**

## PRIMARY NURSE INITIAL ASSESSMENT

**RESPIRATORY**
- [ ] N/A
- [ ] Normal
- [ ] Labored
  - [ ] Retractions
  - [ ] Flaring
  - [ ] Stridor

**BREATH SOUNDS**
R          L
- [ ] Clear
- [ ] Rales
- [ ] Rhonchi
- [ ] Wheezes
- [ ] Decreased
- [ ] Absent

**CHEST EXPANSION**
- [ ] Symmetrical
- [ ] Assymetrical

Initial Assessment/RN Signature

**CIRCULATION**
- [ ] N/A
- [ ] Cap Refill < 3 sec
- [ ] Cap Refill > 3 sec

**SKIN COLOR**
- [ ] Normal     [ ] Cyanotic
- [ ] Pale       [ ] Flushed
- [ ] Jaundice   [ ] Hot
- [ ] Diaphoretic
- [ ] Mottled    [ ] Cool

**PULSES + - R L**
Radial
Pedal

| 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | | |

**NEURO**
- [ ] N/A

**C-SPINE PAIN/TENDER**
- [ ] Yes   [ ] No

**LEVEL OF CONSCIOUSNESS**
- [ ] Alert      [ ] Playful
- [ ] Crying     [ ] Confused
- [ ] Combative  [ ] Lethargic

**RESPONDS TO:**
- [ ] Verbal [ ] Pain [ ] Unresponsive

**ORIENTATION**
- [ ] Person [ ] Place [ ] Time
- [ ] Circumstance

**PUPILS** [ ] N/A
L _____ mm R _____ mm
R   L
- [ ] [ ] Reactive
- [ ] [ ] Fixed
- [ ] [ ] Dilated
- [ ] [ ] Constricted
- [ ] [ ] Brisk
- [ ] [ ] Sluggish

**ABD ASSESSMENT**
GI    [ ] N/A
- [ ] Last B.M.
- [ ] Diarrhea    [ ] Constipation
- [ ] Nausea      [ ] Vomiting
- [ ] Anorexia    [ ] Wt. loss

**ABDOMEN**
- [ ] Non-tender  [ ] Distended
- [ ] Tender
- [ ] Soft

**BOWEL SOUNDS**
- [ ] Present     [ ] Absent

G.U. [ ] N/A
- [ ] Dysuria     [ ] Discharge
- [ ] Hematuria   [ ] Frequency

**ORTHO** [ ] N/A
- [ ] CMS Intact

PMT: _____
- [ ] Swelling   [ ] Limited ROM
- [ ] Deformity  [ ] Ecchymosis

**VENT SETTINGS**
Time _____ Settings _____
Time _____ Settings _____

**BLADDER/CATHETER TIME**
Size: _____
- [ ] Straight   [ ] Foley
- [ ] Coude      [ ] Leg Bag
Appearance _____
Initial Output _____

**NURSING ASSESSMENT AND DIAGNOSIS**
- [ ] Alteration in Breathing R/T _____
- [ ] Alteration in Comfort R/T _____
- [ ] Alteration in Fluid/Electrolyte Balance R/T _____
- [ ] Alteration in Hemodynamic Status/Tissue Perfusion R/T _____
- [ ] Alteration in Mental Status R/T _____
- [ ] Alteration in Skin Integrity R/T _____
- [ ] Impairment of Mobility R/T _____
- [ ] Infection R/T _____
- [ ] Injury to Self/Others R/T _____
- [ ] Knowledge Deficit R/T _____
- [ ] Other _____

**Time**  **PROCEDURES**
ET # _____ Nasal _____ Oral
Crico/Trach _____ #

**EYE IRRIGATION**
- [ ] Amount _____ [ ] Morgan Lens [ ] R [ ] L

**NG TUBE/EWALD**
Time: _____ Size: _____
Appearance: _____ Suction: _____
Initial Output: _____

**RESTRAINTS** Time: _____
- [ ] Medical Immobilization [ ] Hard (See Restraint Sheet)

| Time | Vital Signs | | | | SaO2 O2 | Pain 0/10 | Rhythm | Medication/Route | Nursing Documentation |
|------|---|---|---|---|---|---|---|---|---|
| | T | P | R | BP | | | | | To Rm 6 prepared of exam |
| | | | | | | | | | Seen & examined by PA Caron |
| | | | | | | | | | Dis change inst group and - verbalize under standing |

| Time | IVs # | I.V. Solutions | Site & Size | Rate |
|------|-------|----------------|-------------|------|
| | | | | |

| | | | |
|---|---|---|---|
| **INTAKE** | Blood Products | **OUTPUT** | Blood Loss |
| | Blood (Auto) | | Chest Tube |
| | IV | | Urine |
| | PO | | NG/Emesis |
| | Total Intake | | Total Output |

**PERSONAL BELONGINGS/VALUABLES:**
- [ ] Kept by Patient
- [ ] Sent Home With Family
- [ ] Sent to Registration  Receipt # _____

**DISPOSITION**
Transfer to: _____
Report called by: _____
Report received by: _____

**Initials**     **Signatures**