IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STEVE T. GILES,                )
                               )
            Plaintiff,         )
                               )
     v.                        )    Case No. 15 C 7640
                               )
STATE OF ILLINOIS,             )
                               )
            Defendant.         )

## MEMORANDUM ORDER

This Court has just received from the Clerk's Office a "Motion for Attorney Representation" ("Motion") that pro se plaintiff Steve Giles ("Giles") has tendered on a Clerk's-Office-supplied form, with the critical second paragraph (which inquires into a pro se plaintiff's efforts to obtain counsel on his or her own) being completed in this fashion:

> Didn't know one wants to take my case because no one understand me.
> Everybody I call didn't understand me!

That filing by Giles obviously crossed in the mails with this Court's brief September 2 memorandum order that dismissed both Giles' Complaint and this action with prejudice because of the absence of federal subject matter jurisdiction. Accordingly Giles' Motion, like his originally-tendered In Forma Pauperis Application, is denied as moot.

_____
Milton I. Shadur
Senior United States District Judge

Date: September 9, 2015