IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVE T. GILES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 15 C 7640 |
| | ) |
| STATE OF ILLINOIS, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM ORDER**

Pro se plaintiff Steve Giles ("Giles") is persistent if nothing else (and regrettably for his purposes, his aborted effort to obtain relief in this federal District Court is indeed nothing else). Because Giles has chosen to sue the State of Illinois, an effort foreclosed by the jurisdictional bar created by the Eleventh Amendment, this Court's brief September 2, 2015 memorandum order ("Order") dismissed Giles' one-page Complaint and this action on that ground. That dismissal in turn led to the issuance of an even shorter September 9 memorandum order that denied Giles' Motion for Attorney Representation as moot. Nothing daunted, Giles has now tendered a hand-printed request to have a new judge assigned to his case on the premise that "this is a civil rights case. And my case have the rights to at least be heard" (see the attached copy of his one-page filing).

All that this current document has done is to confirm what Publilius Syrus wrote more than two millennia ago (and was echoed by philosopher Blaise Pascal in his <u>Pensées</u> some 350 years ago):

> No one should be judge in his own cause.

And as this Court explained at the threshold of its September 2 Order:

> It should be made plain at the outset that nothing said here expresses any views as to the substantive charges leveled by Giles in his one-page narrative.

Hence Giles' current request is simply ill-considered and is accordingly denied.

                                                             Milton I. Shadur
                                                            Senior United States District Judge

Date: September 15, 2015

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED SG
Sep 10 2015
SEP 10 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff(s) Steve T. Giles

Case No. 1:15-cv-07640

V.

Defendant(s) State of Illinois

I would like to have a new judge on this case because everytime I try to enter it they keep dismissing my cause of entering this is a civil rights case. And my case have the right to at least be heard,

Steve Giles 9-10-15

ATTACHMENT